DENNIS J. MURPHY, Respondent, *v.* HUDSON RIVER TELEPHONE COMPANY, Appellant.

*Murphy* v. *Hudson River Telephone Co.*, 127 App. Div. 450, affirmed.
(Argued June 10, 1909; decided October 5, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered June 22, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action by an employee to recover for personal injuries alleged to have been sustained through the master's negligence in providing an improper appliance for the performance of certain work.

*Erskine C. Rogers* for appellant.

*George S. Raley* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.